UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KATHY J. BOND and | ) | |
| MARC FLICKINGER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-299 |
| | ) | (GUYTON) |
| RICHARD L. RIST, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

For the reasons set forth in the accompanying Memorandum Opinion, the Motion for Summary Judgment filed on behalf of the defendant Richard L. Rist [Doc. 13] is **DENIED**.

**IT IS SO ORDERED.**

                      **ENTER:**

                        s/ H. Bruce Guyton
                      United States Magistrate Judge